

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders granting a temporary injunction and denying appellant's motion to dismiss under the Texas Citizens Participation Act are AFFIRMED. It is ORDERED that appellees, Edward L. Bravenec and 1216 West Ave., Inc., recover their costs of this appeal from appellant, Rowland Martin, Jr.

SIGNED May 13, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice